UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LESLIE M. LAWSON,            :
       Plaintiff        :
                             :
v.                           :   CASE NO. 1:15-CV-2450
                             :
DAUPHIN COUNTY WORK          :
RELEASE, *et al.*,           :
       Defendants       :

*O R D E R*

AND NOW, this 18th day of October, 2016, upon consideration of the report and recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 17), entered on September 15, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Magistrate Judge Saporito's report and recommendation is ADOPTED.

2. Defendants' unopposed motion (Doc. 13) for partial dismissal is GRANTED.

3. Plaintiff's request for injunctive relief is DISMISSED without prejudice.

4. Plaintiff's claims against defendants Dauphin County Work Release Center and Dauphin County Adult Probation are DISMISSED with prejudice.

5. Plaintiff's claims for damages against defendants Adams, Proper, Muza, Marybeth, and Annemarie in their *official* capacities are DISMISSED with prejudice.

6. Plaintiff's claims for damages against defendants Proper, Muza, Marybeth, and Annemarie in their *personal* capacities are DISMISSED without prejudice to Plaintiff's right to amend her first amended complaint (Doc. 10) to properly state a claim for relief. Plaintiff shall file a second amended complaint within twenty-one (21) days of this order. If Plaintiff

      fails to amend her first amended complaint on or before November 8, 2016, the claims for damages against defendants Proper, Muza, Marybeth, and Annemarie in their personal capacities shall be dismissed with prejudice.

7. This matter is REMANDED to Magistrate Judge Saporito for further proceedings.[1]

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge

---

[1] The September 15, 2016 Report and Recommendation also recommended that defendant Adams be directed to respond to the amended complaint within fourteen days after disposition of the instant motion to dismiss. (See Doc. 17 at 22-23). Because defendant Adams filed his answer (Doc. 18) to Plaintiff's amended complaint on October 11, 2016, however, this recommendation is moot.